UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO BRAMBILA, et al., | No. C11-4485 EMC |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION** |
| DEUTSCHE BANK, et al., | |
| Defendants. | |

Plaintiffs Pedro and Ricardo Brambila filed suit against Deutsche Bank and Stephanie Fordham following the foreclosure of their home. They allege causes of action for violations of the FDCPA and § 1983, Compl. ¶¶ 70-128, wrongful foreclosure and quiet title, Compl. ¶¶ 129-36, and slander of title and fraudulent inducement, Compl. ¶¶ 137-41. Both Defendants filed motions to dismiss. Docket Nos. 3, 10. Plaintiffs filed no opposition, but instead filed a motion for voluntary dismissal without prejudice. Docket No. 19. Plaintiffs request a voluntary dismissal by Court order under Rule 41(a)(2), which provides that a Court may order voluntary dismissal "on terms that the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."

However, while pro se Plaintiffs filed their motion under 41(a)(2), they actually have a right under 41(a)(1) to dismiss the action voluntarily without prejudice. "It is well settled that under Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir.1999) (internal citations and quotation marks omitted).

Under 41(a)(1), a plaintiff may voluntarily dismiss an action and "automatically terminate[] the action as to the defendants who are the subjects of the notice." Accordingly, the Court construes Plaintiffs' filing as a notice of voluntary dismissal pursuant to Rule 41(a)(1) and instructs the Clerk to close the file.[1]

This Order disposes of Docket Nos. 3, 10, and 19. The hearing set for December 2, 2011, is hereby VACATED.

IT IS SO ORDERED.

Dated: December 1, 2011

_____
EDWARD M. CHEN
United States District Judge

---

[1] The Ninth Circuit in *Commercial Space* made clear that ordinarily, the Court is divested of jurisdiction to enter further orders confirming a notice of voluntary dismissal under Rule 41(a)(1). 193 F.3d at 1077 & n.4. However, in this case, due to pro se Plaintiffs' error, the Court determines that a clarifying order was necessary before terminating the action.